IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK EDDIE McKENZIE,

    Petitioner,                              1:06-CV-0450 ALA HC

    vs.

JAMES A. YATES, Warden,

    Respondent.                          <u>ORDER</u>

_____/

    Respondent has filed an answer to the petition. Petitioner Mark McKenzie is directed to file a traverse.

    Therefore, IT IS HEREBY ORDERED that Petitioner file a traverse within thirty-five (35) days of the date of this order.

/////

DATED: December 21, 2007

                                          <u>/s/ Arthur L. Alarcón</u>
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation