IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK EDDIE McKENZIE,

    Petitioner,                            1:06-CV-0450 ALA HC

    vs.

JAMES A. YATES, Warden,

    Respondent.                <u>ORDER</u>

_____/

    On January 28, 2008, petitioner Mark McKenzie filed a motion for an extension of time to file a traverse. Good cause appearing, that motion will be granted.

    Therefore, IT IS HEREBY ORDERED that:

    1. Petitioner's January 28, 2008, motion for an extension of time is GRANTED; and

    2. Petitioner shall file a traverse within thirty-five (35) days of the date of this order.

/////

DATED: January 29, 2008

                                             /s/ Arthur L. Alarcón
                                             UNITED STATES CIRCUIT JUDGE
                                             Sitting by Designation